UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No. <br> : <br> : <br> : VIOLATIONS: <br> : <br> : 18 U.S.C. § 1951(a) <br> : **(Interference with Interstate Commerce** <br> : **by Robbery)** <br> : |
| v. |  |
| **SHAWN OWENS,** |  |
| **Defendant.** |  |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about July 14, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C, from the presence of an employee of Metro by T-Mobile against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

## COUNT TWO

On or about July 29, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C, from the presence of an employee of Metro by T-Mobile against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

## COUNT THREE

On or about September 2, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 1410 North Capitol Street, Northwest, Washington, D.C. from the presence of an employee of Metro by T-Mobile against their will by

means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

### COUNT FOUR

On or about September 13, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C, from the presence of an employee of Metro by T-Mobile against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

### COUNT FIVE

On or about October 1, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles

and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 3120 Mount Pleasant Street, Northwest, Washington, D.C from the presence of an employee of Metro by T-Mobile against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

## COUNT SIX

On or about December 10, 2023, within the District of Columbia, **SHAWN OWENS**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **SHAWN OWENS**, did unlawfully take and obtain personal property consisting of United States currency and cell phones belonging to a Metro by T-Mobile store located at 5401 Georgia Avenue, Northwest, Washington, D.C, from the presence of an employee of Metro by T-Mobile against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial activities for Metro by T-Mobile, a business that was engaged in and that affected interstate commerce.

**(Interference with Interstate Commerce by Robbery, in violation of Title 18, United States Code, Sections 1951(a))**

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


By: */s/ Alexander R. Schneider*
ALEXANDER R. SCHNEIDER
Michigan Bar No. P71467
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
alexander.schneider@usdoj.gov
(202) 252-7124

5