UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 1:24-cr-00243-TJK |
| : | |
| SHAWN OWENS, : | |
| : | |
| Defendant. : | |

**STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA**

I.  **Summary of the Plea Agreement**

The Defendant agrees to admit guilt and enter a plea of guilty to all six counts of the Information, charging him with Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a).

II.  **Elements of the Offense**

The essential elements of the offense of Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), each of which the government must prove beyond a reasonable doubt, are:

1. The defendant knowingly obtained money or property from or in the presence of another without that person's consent;

2. The defendant did so by wrongful use of actual or threatened force, violence, or fear; and

3. As a result of the defendant's actions, interstate commerce or an item moving in interstate commerce was actually or potentially delayed, obstructed, or affected in any way.

### III.     Penalties for the Offense

The penalty for each of the four counts of Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1941(a), are:

(A)     a term of imprisonment not more than 20 years;

(B)     a fine not to exceed $250,000;

(C)     a term of supervised release of not more than three years;

(D)     a special assessment of $100; and,

(E)     mandatory restitution under 18 U.S.C. § 3663A.

The United States Sentencing Guideline §5El.2 permits the Court to impose an additional fine to pay the costs of imprisonment and any term of supervised released and/or probation.

### IV.     Factual Proffer

Had this case gone to trial, the government's evidence would prove the following beyond a reasonable doubt:

Each of the six robberies was committed upon the business Metro by T-Mobile, which is a wireless telephone provider supplying phones, tablets and accessories, plus cell phone and device data plans. Each of the six stores that the defendant robbed bought and sold goods in interstate commerce. As a result of the defendant's actions in each of these robberies, interstate commerce was actually or potentially delayed, obstructed, or affected.

In each of the six robberies, Defendant Owens was armed with a dangerous weapon, a replica handgun, and in all the robberies he used the replica handgun to commit the robberies by pointing it at individuals he was robbing or by displaying it as a threatened use of force. The handgun used by the defendant appeared on the outside to be a real firearm. The replica firearm

2

used by the defendant was an "Airsoft" handgun, commonly known as a "BB Gun" and was not an actual firearm capable of expelling a projectile by the action of an explosive.

**Count 1**.   On July 14, 2023, at approximately 6:25 p.m., the Defendant Owens robbed the Metro by T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C. Owens entered the store with the intent to steal phones and cash from the T-Mobile store.   After entering, Defendant Owens pointed a black handgun in the direction of the T-Mobile employee, Victim-1, and directed him to give Owens cash from the register and cell phones. Because of the threatened use of force, Victim-1 complied. During the robbery, three cell phones were taken and approximately $500.00 was taken from the cash register.   The defendant took the phones and cash and left the store.

**Count 2**.   On July 29, 2023, at approximately 12:00 p.m., the same T-Mobile store located at 4510 East Capitol Street, Northeast, Washington, D.C. was robbed again. During the robbery, the defendant told the T-Mobile employee, Victim-1, "Don't play games…you know what to do" while holding a black handgun at his side. Victim-1 was the same victim as the July 14, 2023 robbery. Owens handed Victim-1 a backpack that he was carrying and told the employee to put the money from the cash register into the bag. Because of the threatened use of force, Victim-1 complied. After Victim-1 put approximately $150 into the backpack, the defendant took six or seven cell phones and put them into his backpack and left the store.

**Count 3.**   On September 2, 2023, at approximately 5:00 p.m., the Metro by T-Mobile store located at 1410 North Capitol Street, Northwest, Washington, D.C. was robbed. During the robbery, the defendant entered the store and then produced a silver and black handgun. The defendant pointed the gun at the employee, Victim-2, and demanded all the Apple iPhones.

Because of the threatened use of force, Victim-2 complied, but told Owens they did not have any Apple iPhones. The defendant demanded the keys to the cash register, opened it, and took $446 in cash. The defendant also took four cell phones that were on the counter. He then asked Victim-2 where the store's big safe was located. Victim-2 told him that the additional safe was located in the rear of the store, but that it was empty. The defendant then told Victim-2 to walk to the backroom where the safe was located and told her to give him time to leave the store before Victim-2 called the police. The defendant then left the store.

**Count 4**.   On September 13, 2023, at approximately 4:51 p.m., the Metro by T-Mobile store located at 1410 North Capitol Street, Northwest, Washington, D.C. was again robbed. During the robbery, the defendant entered the store and pulled out a black and silver handgun from the right side of his waist. Defendant Owens pointed the gun towards Victim-3's lower front body and demanded that he place his hands on his head. The defendant then asked Victim-3 for the keys to the safe, his personal phone, and wallet. Victim-3 told defendant Owens that since the establishment had been robbed before, keys to the safe were no longer kept on the premises. Defendant Owens then told Victim-3 to face the wall. Defendant Owens opened the cash register and took approximately $250 from it, and he took five to six new cell phones contained in boxes from behind the counter. Defendant Owens demanded Victim-3 to walk to the back of the store and count to 100. Defendant Owens then left the store.

**Count 5.** On October 1, 2023, at approximately 4:05 p.m., the Metro by T-Mobile store located at 3120 Mount Pleasant Street, Northwest, Washington, D.C. was robbed. Victim-4 was behind the counter when the defendant entered the store and asked the defendant, "How can I help you?" The defendant approached the counter, pulled a handgun, and asked Victim-4, "Where

4

is the money? Where are the iPhones?" The defendant then told Victim-4 to turn around and face the wall. The defendant then took $1,000 from the cash register, a silver Chromebook laptop, speaker, and a Motorola phone. Defendant Owens then left the store.

**Count 6.** On December 10, 2023, at approximately 5:30 p.m., a Metro by T-Mobile store located at 5401 Georgia Ave Northwest was robbed. In that robbery, Victim-5 and Victim-6 were working together inside the store when Defendant Owens walked in, pointed a handgun at them and demanded money and cellphones. Victim-5 and Victim-6 complied and showed him where the phones were. Defendant Owens was provided a box and he carried a box of phones out of the store as well as cash. Defendant Owens stole a total amount of cash and phones worth approximately $3169. Defendant Owens was arrested shortly thereafter in possession of the box of cash and phones.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charged crimes. This Statement of the Offense fairly and accurately summarizes and describes some of the defendant's actions and involvement in the offenses to which he is pleading guilty.

        Respectfully Submitted

        Matthew M. Graves
        United States Attorney

BY:    */s/ Alexander R. Schneider*
        Alexander R. Schneider
        Special Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to six counts of Interference with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a). I have discussed this proffer fully with my attorney, Eugene Ohm. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 5/29/24

Shawn Owens

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 5/25/24

Eugene Ohm, Esq.
Counsel for Defendant

6